UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Case No. 21-cv-10719 |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff American Civil Liberties Union is a non-profit entity that does not have parent corporations. No publicly held corporation owns ten percent or more of any stake or stock in the American Civil Liberties Union.

                   */s/ Nathan Freed Wessler*

                   Nathan Freed Wessler
                   American Civil Liberties
                     Union Foundation
                   125 Broad Street, 18th
                   Floor New York, NY 10004
                   (212) 549-2500
                   nwessler@aclu.org