FOIA Summons IH form 4
4/17

---

UNITED STATES DISTRICT COURT
for the
Southern District of New York

AMERICAN CIVIL LIBERTIES UNION

_____
Plaintiff                   )
                            )
v.                          )    Civil Action No. 21-cv-10719
                            )
FEDERAL BUREAU OF INVESTIGATION  )
_____   )
Defendant                   )

SUMMONS IN A CIVIL ACTION

To:
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathan Freed Wessler
American Civil Liberties Union Foundation
125 Broad St., 18th Fl.
New York, NY 10004
nwessler@aclu.org
(212) 549-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____        _____
                            Signature of Clerk or Deputy Clerk