AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| American Civil Liberties Union | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-10719 |
| Federal Bureau of Investigation | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the plaintiff, the American Civil Liberties Union (ACLU)                                                          .

Date:    12/15/2021                                                                        /s/Robert Hodgson
                                                                                              *Attorney's signature*

                                                                Robert Hodgson, SDNY bar number RH6460
                                                                        *Printed name and bar number*

                                                                     New York Civil Liberties Union Foundation
                                                                              125 Broad St., 19th Floor
                                                                                 New York, NY 10004
                                                                                          *Address*

                                                                                  rhodgson@nyclu.org
                                                                                     *E-mail address*

                                                                                     (212) 607-3300
                                                                                   *Telephone number*

                                                                                     (212) 607-3318
                                                                                      *FAX number*