UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Case No. 1:21-cv-10719-RA |

**Affidavit of Service of ECF No. 7**

I hereby certify that on December 28, 2021, I sent a copy of this Court's December 22, 2021, Order and Notice of Initial Conference (ECF No. 7) via First Class Mail to the Office of the U.S. Attorney for the Southern District of New York. I further represent that at such time as an attorney from that office enters an appearance on behalf of the Defendant in this case, I will serve a copy of the Order on that attorney via email as well.

Dated: December 28, 2021        Signed: /s/ Nathan Freed Wessler

                                                        Nathan Freed Wessler
                                                        American Civil Liberties Union Foundation
                                                        125 Broad Street, 18th Floor
                                                        New York, NY 10004
                                                        (212) 549-2500
                                                        nwessler@aclu.org

                                                        *Counsel for Plaintiff*