FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Federal Bureau of Investigation**
was received by me on *(date)* **12/16/2021**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

✓ Other *(specify)*: I served Federal Bureau of Investigation (FBI) by serving the United States (see below) and by sending a copy of all initiating documents e-Filed via the SDNY CM/ECF system (including a copy of the summons and complaint) by USPS certified mail to the FBI on 12/18/2021. Please see attached USPS receipts and delivery confirmations showing the aforementioned e-Filed documents were delivered to (1) the FBI on 12/21/2021, (2) the Civil Process Clerk of the U.S. Attorney's Office for the Southern District of New York on 12/20/2021 and (3) the U.S. Attorney General on 1/10/2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **1/10/2022**

*Server's signature*

**Adeline Lee, Paralegal, ACLU Foundation**
*Printed name and title*

**125 Broad Street, 18th Fl., New York, NY 10004**
*Server's address*

Additional information regarding attempted service, etc:
I served the United States by (1) sending a copy of all initiating documents e-Filed via the SDNY CM/ECF system (including a copy of the summons and complaint) by USPS certified mail to the Civil Process Clerk of the U.S. Attorney's Office for the Southern District of New York by USPS certified mail on 12/18/2021 and (2) sending a copy of the same to the U.S. Attorney General on 12/18/2021 and, again, on 1/4/2022 following unexplained delivery delays for the first mailing.

Please see attached USPS receipts and "USPS Tracking" notices confirming delivery. The last four USPS certified mail tracking digits for the FBI, Civil Process Clerk of the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States are: -1294 (FBI, mailed 12/18/2021 and delivered 12/21/2021), -1300 (U.S. Attorney's Office, mailed 12/18/2021 and delivered 12/20/2021), -1317 (first service attempt to U.S. Attorney General, mailed 12/18/2021, with delivery still pending as of date and time of this Proof of Service's filing) and -2022 (second service attempt to U.S. Attorney General, mailed 1/4/2022 and delivered 1/10/2022).






# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70171000000053571294

Your item was delivered at 8:19 am on December 21, 2021 in WASHINGTON, DC 20535.

## ✓ Delivered

December 21, 2021 at 8:19 am
WASHINGTON, DC 20535

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**December 21, 2021, 8:19 am**
Delivered
WASHINGTON, DC 20535
Your item was delivered at 8:19 am on December 21, 2021 in WASHINGTON, DC 20535.

**December 20, 2021, 11:08 am**
Available for Pickup
WASHINGTON, DC 20535

**December 20, 2021, 7:46 am**
Arrived at Post Office
WASHINGTON, DC 20018

**December 19, 2021, 8:37 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 19, 2021**
In Transit to Next Facility

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70171000000053571300

Remove X

Your item was delivered to the front desk, reception area, or mail room at 3:32 pm on December 20, 2021 in NEW YORK, NY 10007.

## ⊘ Delivered, Front Desk/Reception/Mail Room

December 20, 2021 at 3:32 pm
NEW YORK, NY 10007

Feedback

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

December 20, 2021, 3:32 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007
Your item was delivered to the front desk, reception area, or mail room at 3:32 pm on December 20, 2021 in NEW YORK, NY 10007.

December 19, 2021
In Transit to Next Facility

December 18, 2021, 8:45 pm
Departed USPS Regional Facility

NEW YORK NY DISTRIBUTION CENTER

**December 18, 2021, 7:48 pm**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**December 18, 2021, 3:27 pm**
USPS in possession of item
NEW YORK, NY 10011

## Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940231297166683415 |
| | Up to $50 insurance included. Restrictions Apply ⓘ | (/go/TrackConfirmAction!input.action?tLabels=9590940231297166683415) |

Feedback

**See Less ∧**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70171000000053571317

Remove X

Your item arrived at the WASHINGTON, DC 20530 post office at 11:15 am on January 10, 2022 and is ready for pickup.

USPS Tracking Plus™ Available ∨

## Available for Pickup

January 10, 2022 at 11:15 am
WASHINGTON, DC 20530

Get Updates ∨

---

Text & Email Updates

---

Tracking History

January 10, 2022, 11:15 am
Available for Pickup
WASHINGTON, DC 20530
Your item arrived at the WASHINGTON, DC 20530 post office at 11:15 am on January 10, 2022 and is ready for pickup.

January 10, 2022, 10:37 am
Arrived at Post Office
WASHINGTON, DC 20018

**December 23, 2021**
In Transit to Next Facility

**December 19, 2021, 8:39 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 18, 2021, 7:49 pm**
Arrived at USPS Regional Origin Facility
NEW YORK NY DISTRIBUTION CENTER

**December 18, 2021, 3:27 pm**
USPS in possession of item
NEW YORK, NY 10011

**USPS Tracking Plus™**                                              ˅

**Product Information**                                              ˅

Feedback

See Less ˄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70210950000092812022

Remove X

Your item was delivered at 4:51 am on January 10, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus™ Available ⌄

## ⊘ Delivered

January 10, 2022 at 4:51 am
WASHINGTON, DC 20530

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

January 10, 2022, 4:51 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:51 am on January 10, 2022 in WASHINGTON, DC 20530.

January 7, 2022, 3:05 pm
Available for Pickup
WASHINGTON, DC 20530

January 7, 2022, 1:39 pm
Arrived at Post Office

WASHINGTON, DC 20018

**January 6, 2022, 8:31 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**January 5, 2022, 6:51 am**
Arrived at USPS Facility
NEW YORK, NY 10001

**January 4, 2022, 8:54 pm**
Arrived at USPS Regional Origin Facility
NEW YORK NY DISTRIBUTION CENTER

**January 4, 2022, 6:03 pm**
USPS in possession of item
NEW YORK, NY 10028

Feedback

**USPS Tracking Plus™**   ⌄

**Product Information**   ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**