AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| American Civil Liberties Union | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-CV-10719 (RA) |
| Federal Bureau of Investigation | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Plaintiff, the American Civil Liberties Union (ACLU)                                         .

Date:   04/18/2022

/s/ Laura Moraff
*Attorney's signature*

Laura Moraff, SDNY bar number 5929690
*Printed name and bar number*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004

*Address*

lmoraff@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(212) 549-2654
*FAX number*