

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 24, 2022

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

    Re:  *ACLU v. FBI,* 21 Civ. 10719 (RA)

Dear Judge Abrams:

    In accordance with the Court's April 25, 2022, Order, ECF No. 17, we write jointly on behalf of Defendant the Federal Bureau of Investigation ("FBI") and Plaintiff the American Civil Liberties Union ("ACLU") to update the Court on the status of the FBI's response to Plaintiff's Freedom of Information Act ("FOIA") request.

    Since the Parties' last status report, the FBI has made its first production of documents in response to the FOIA request. On June 1, 2022, the FBI released 256 pages of documents, in whole or in part. The FBI anticipates making its next interim production on June 30, 2022. Barring any unforeseen circumstances, the FBI anticipates completing processing of the currently located records by the end of July. The FBI has identified a lead to additional potentially responsive records, is currently evaluating this lead, and will communicate with Plaintiff, regarding this lead, within the next two weeks.

    The parties do not believe that a court conference is necessary at this time, and can provide a further status update to the Court within sixty days.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    */s/ Dominika Tarczynska*
    DOMINIKA TARCZYNSKA
    Assistant United States Attorney
    Tel. (212) 637-2748
    Fax (212) 637-2686
    dominika.tarczynska@usdoj.gov
    *Attorney for Defendant*

And

/s/ *Laura Moraff*
Laura Moraff
Nathan Freed Wessler
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
nwessler@aclu.org

Robert Hodgson
Daphna Spivack
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
rhodgson@nyclu.org

*Counsel for Plaintiff*