December 5, 2022

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

  Re: *ACLU v. FBI,* 21 Civ. 10719 (JLR)

Dear Judge Rochon:

  In accordance with the Court's October 25, 2022 Order, ECF No. 23, we write jointly on behalf of Defendant the Federal Bureau of Investigation ("FBI") and Plaintiff the American Civil Liberties Union ("ACLU") to provide the Court an update on the status of this Freedom of Information Act ("FOIA") case.

  On December 2, 2022, the FBI provided the ACLU with a draft *Vaughn* index providing information about documents withheld in full pursuant to claims of exemptions under FOIA. The ACLU is currently reviewing the draft *Vaughn* index and will communicate any follow-up questions to the FBI. The parties will confer and update the Court on whether summary judgment briefing will be necessary.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

By: */s/ Dominika Tarczynska*
   DOMINIKA TARCZYNSKA
   Assistant United States Attorney
   Tel. (212) 637-2748
   Fax (212) 637-2686
   dominika.tarczynska@usdoj.gov
   *Attorney for Defendant*

   And

   /s/ *Laura Moraff*
   Laura Moraff
   Nathan Freed Wessler
   American Civil Liberties Union Foundation
   125 Broad Street, 18th Floor
   New York, NY 10004
   (212) 549-2500
   lmoraff@aclu.org

nwessler@aclu.org

Robert Hodgson
Daphna Spivack
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
rhodgson@nyclu.org

*Counsel for Plaintiff*