

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 3, 2023

**<u>BY ECF</u>**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re: *ACLU v. FBI,* 21 Civ. 10719 (JLR)

Dear Judge Rochon:

      In accordance with the Court's December 6, 2022, Order, ECF No. 25, we write jointly on behalf of Defendant the Federal Bureau of Investigation ("FBI") and Plaintiff the American Civil Liberties Union ("ACLU") to provide the Court an update on the status of this matter.

      As the Parties advised in their last status report, on December 2, 2023, the FBI provided a draft *Vaughn* index of documents withheld in full. Since the Parties' last status report, on January 12, 2023, ACLU sent questions asking for additional information regarding certain withholdings, to which the FBI is in the process of responding.

      The Parties need additional time to try to resolve any disputes regarding withholdings in this matter, and respectfully request 60 days to advise the Court as to the status of those discussions and whether summary judgment briefing will be necessary.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

By:    */s/ Dominika Tarczynska*
           DOMINIKA TARCZYNSKA
           Assistant United States Attorney
           Tel. (212) 637-2748
           Fax (212) 637-2686
           dominika.tarczynska@usdoj.gov

           *Attorney for Defendant*

2

And

/s/ *Laura Moraff*
Laura Moraff
Nathan Freed Wessler
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
lmoraff@aclu.org
nwessler@aclu.org

Robert Hodgson
Daphna Spivack
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
rhodgson@nyclu.org

*Counsel for Plaintiff*