

U.S. Department of Justice

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

May 5, 2023

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *ACLU v. FBI,* 21 Civ. 10719 (JLR)

Dear Judge Rochon:

In accordance with the Court's April 5, 2023, Order, ECF No. 29, we write jointly on behalf of Defendant the Federal Bureau of Investigation ("FBI") and Plaintiff the American Civil Liberties Union ("ACLU") (together the "Parties") to provide the Court an update on the status of this matter.

As the Parties advised in their prior status report, ECF No. 28, the only remaining issue in dispute between the parties is the question of attorneys' fees. The Parties have engaged in discussion in this regard and are hopeful that they will be to reach a resolution on this issue without litigation. However, the Parties need some additional time to continue their discussions.

Accordingly, the Parties respectfully request that within thirty (30) days the Parties will either submit a stipulation of dismissal for entry by the Court or a further status update if the Parties are unable to reach a final agreement by that time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   */s/ Dominika Tarczynska*
DOMINIKA TARCZYNSKA
Assistant United States Attorney
Tel. (212) 637-2748
Fax (212) 637-2686
dominika.tarczynska@usdoj.gov

*Attorney for Defendant*

And

/s/ *Nathan Freed Wessler*
Nathan Freed Wessler
Laura Moraff
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
lmoraff@aclu.org
nwessler@aclu.org

Robert Hodgson
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
rhodgson@nyclu.org

*Counsel for Plaintiff*